AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Willams, Mary Ellen C. | US Court of Federal Claims | 09/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Suite 612
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member - Content Advisory Board | ABA Section of Intellectual Property Law |
| 2. Council Member, Section Delegate | ABA Section of Public Contract Law |
| 3. Member - Board of Visitors | Duke University School of Law |
| 4. Member - Advisory Comm. to the Standing Comm. on Law & National Security | American Bar Association |
| 5. Adjunct Professor | Johns Hopkins University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Johns Hopkins University thesis review | $400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed - Financial Advisor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the US Courts | 3/16/2018 | Washington, DC | Federal Circuit Judicial Conference | Registration fee |
| 2. | ABA | 3/17/2018 | Annapolis, MD | ABA Federal Procurement Institute | Lodging/Transportation |
| 3. | New York Intellectual Property Law Association | 3/23/2018-3/24/2018 | New York, NY | NYIPLA Annual Judges' Dinner | Lodging/Transportation |
| 4. | Duke University School of Law | 4/12/2018-4/14/2018 | Durham, NC | Board of Visitors Meeting | Lodging/Transportation |
| 5. | ABA and Administrative Office of the US Courts | 8/3/2018-8/5/2018 | Chicago, IL | ABA Annual Meeting | Lodging/Transportation/Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

| 6. | ABA | 11/2/2018-11/3/2018 | Nashville, TN | ABA Public Contract Law Fall Meeting | Lodging/Transportation |
|---|---|---|---|---|---|
| 7. | Court of Federal Claims | 11/14/2018 | Washington, DC | Court of Federal Claims Judicial Conference | Registration fee |
| 8. | | | | | |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Inc. (T) (X) | A | Dividend | J | T | | | | | |
| 2. Abbott Lab Common Stock (ABVIE) | A | Dividend | J | T | | | | | |
| 3. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 4. Charter Communications Inc New CL A (CHTR) | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 6. Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 7. -Fixed Account | | None | J | T | | | | | |
| 8. -VP Aggressive Class 4 | | None | L | T | | | | | |
| 9. Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 10. -Fixed Account | | None | J | T | | | | | |
| 11. -VP Mod Aggressive Class 4 | | None | M | T | | | | | |
| 12. Wells Fargo (MM) | A | Interest | J | T | | | | | |
| 13. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 14. Fidelity Adv. Level Co. Stock-A (FLSAX) | A | Dividend | | | Sold | 04/11/18 | K | | |
| 15. Fidelity Adv. Stock Sel. Cap Cl. A (FMAMX) | A | Dividend | L | T | | | | | |
| 16. Fidelity Advisor New Insights Cl A (FNIAX) (X) | A | Dividend | K | T | Buy | 04/11/18 | K | | |
| 17. Nuveen Large Cap Value CL A (NNGAX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameriprise (AMP) | B | Dividend | K | T | | | | | |
| 19. IShares Core S&P 500 ETF (IVV) | C | Dividend | M | T | Buy (add'l) | 04/11/18 | L | | |
| 20. IShares MBS ETF (MBB) | A | Dividend | K | T | | | | | |
| 21. Vanguard Telecom Sertvices (ETF) (VOX) | A | Dividend | | | Sold | 04/11/18 | L | | |
| 22. Vanguard High Div Yield ETF (VYM) | C | Dividend | M | T | | | | | |
| 23. Vanguard Info Tech ETF (VGT) | B | Dividend | M | T | | | | | |
| 24. Ameriprise MM | A | Interest | K | T | | | | | |
| 25. Ameriprise Cash | A | Interest | J | T | | | | | |
| 26. Fidelity Advisor Strategic Income CL 1 (FSRIX) | B | Dividend | K | T | | | | | |
| 27. Pimco Income Cl. A (PONAX) | D | Dividend | M | T | | | | | |
| 28. Abbvie Inc (ABBV) | B | Dividend | K | T | | | | | |
| 29. Amgen, Inc (AMGN) | A | Dividend | K | T | Buy | 04/04/17 | K | | |
| 30. Altria Group Inc (MO) | A | Dividend | | | Sold | 07/02/18 | K | | |
| 31. Archer Daniels Midland Company (ADM) | A | Dividend | | | Sold | 01/03/18 | J | | |
| 32. Archer Daniels Midland Company (ADM) | A | Dividend | | | Sold (part) | 01/03/18 | J | | |
| 33. BCE Inc New (BCE) | B | Dividend | K | T | | | | | |
| 34. Best Buy Company Inc. (BBY) (X) | A | Dividend | K | T | Buy | 01/03/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metlife (MET)/Brighthouse Financial Inc (BHF) | A | Dividend | J | T | Sold (part) | 04/02/18 | K | | |
| 36. Broadcom Inc (AVGO) (X) | A | Dividend | K | T | Buy | 07/02/18 | K | | |
| 37. Carnival Corp Paired (CCL) | A | Dividend | K | T | | | | | |
| 38. Cisco Systems (CSCO) | A | Dividend | K | T | | | | | |
| 39. Clorox Company (CLX) | A | Dividend | K | T | | | | | |
| 40. Cracker Barrel Old Ctry (CBRL) | A | Dividend | K | T | | | | | |
| 41. Delta Airlines Inc New (DAL) (X) | A | Dividend | K | T | Buy | 07/02/18 | J | | |
| 42. Delta Airlines Inc New (DAL) (X) | A | Dividend | K | T | Buy (add'l) | 07/02/18 | J | | |
| 43. Dominion Res Inc VA New (D) | A | Dividend | | | Sold | 04/02/18 | K | | |
| 44. Home Depot Inc (HD) | A | Dividend | K | T | | | | | |
| 45. Intel Corp (INTC) | A | Dividend | K | T | | | | | |
| 46. Intl Business Machines Corp (IBM) | A | Dividend | K | T | | | | | |
| 47. JPMorgan Chase & Company (JPM) | A | Dividend | K | T | | | | | |
| 48. Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | |
| 49. Maxim Integrated Prods (MXIM) | A | Dividend | K | T | | | | | |
| 50. Merck & Company Inc New (MRK) | A | Dividend | | | Sold | 01/03/18 | K | | |
| 51. Microsoft (MSFT) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Paychex Inc (PAYX) | A | Dividend | | | Sold | 07/02/18 | K | | |
| 53. Prudential Financial Inc (PRU) (X) | A | Dividend | J | T | Buy | 01/03/18 | J | | |
| 54. Prudential Financial Inc (PRU) (X) | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 55. Public Storage (PSA) | A | Dividend | K | T | | | | | |
| 56. Simon Property Group (SPG) | A | Dividend | | | Sold | 04/02/18 | K | | |
| 57. Southern Co (SO) | A | Dividend | | | Sold | 01/03/18 | K | | |
| 58. Suntrust Banks Inc (STI) (X) | A | Dividend | K | T | Buy | 04/02/18 | K | | |
| 59. Total S A Spon ADR (TOT) (X) | A | Dividend | K | T | Buy | 04/02/18 | K | | |
| 60. Union Pacific Corp (UNP) (X) | A | Dividend | K | T | Buy | 04/02/18 | K | | |
| 61. United Parcel Service Inc Cl B (UPS) (X) | A | Dividend | K | T | Buy | 01/03/18 | K | | |
| 62. Vanguard Telecom (VOX) | B | Dividend | | | Sold | 04/11/18 | K | | |
| 63. Verizon Communications (VZ) | A | Dividend | | | Sold | 01/03/18 | K | | |
| 64. Westrock Co (WRK) (X) | A | Dividend | J | T | Buy | 01/03/18 | K | | |
| 65. FT NYSE ARCA Biotech ETF (FBT) | | None | L | T | | | | | |
| 66. Invesco QQQ ETF (QQQ) | A | Dividend | L | T | | | | | |
| 67. Hlthcr Sel Sect SPDR ETF (XLV) | A | None | J | T | | | | | |
| 68. Vanguard High Dividend Yield ETF (VYM) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Info Tech ETF (VGT) | A | Dividend | K | T | | | | | |
| 70. Williams Family Rev Trust | | | | | | | | | |
| 71. - Cash Ameriprise MM | A | Interest | J | T | | | | | |
| 72. - Eaton Vance Floating Rate CL A (EVBLX) | A | Dividend | K | T | | | | | |
| 73. - Eaton Vance Short Duration Govt Income CL A (EALDX) | A | Dividend | J | T | | | | | |
| 74. - Eaton Vance Global Macro Absolute Return Advntg CL A (EGRAX) | A | Dividend | K | T | | | | | |
| 75. - Federated High Income Bond CL A (FHIIX) | A | Dividend | J | T | | | | | |
| 76. - T Rowe Price Maryland Tax Free Bond (MDXBX) | D | Interest | M | T | Sold (part) | 04/11/18 | L | | |
| 77. - T Rowe Price Maryland Tax Free Bond (MDXBX) | D | Interest | M | T | Sold (part) | 08/22/18 | J | | |
| 78. - T Rowe Price Maryland Tax Free Bond (MDXBX) | D | Interest | M | T | Sold (part) | 09/06/18 | K | | |
| 79. - T Rowe Price Maryland Tax Free Bond (MDXBX) | D | Interest | M | T | Sold (part) | 12/28/18 | L | | |
| 80. - Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 81. - Alphabet Inc CL C (GOOG) | A | Dividend | J | T | | | | | |
| 82. - Alphabet Inc CL A (GOOGL) | A | Dividend | J | T | | | | | |
| 83. - Amazon.Com Inc (AMZN) | A | Dividend | K | T | | | | | |
| 84. - Ameriprise Financial Inc (AMP) | A | Dividend | J | T | | | | | |
| 85. - Apple Inc (AAPL) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Brighthouse Financial Inc (BHF) (Y) | A | Dividend | J | T | | | | | |
| 87.   - Celgene Corp (CELG) | A | Dividend | J | T | | | | | |
| 88.   - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 89.   - Coca-Cola Company (KO) | A | Dividend | J | T | | | | | |
| 90.   - Colgate-Palmolive Company (CL) | A | Dividend | J | T | | | | | |
| 91.   - Comcast Corp CL A New (CMCSA) | A | Dividend | J | T | | | | | |
| 92.   - Conocophillips (COP) | A | Dividend | J | T | | | | | |
| 93.   - Walt Disney Co (DIS) | A | Dividend | J | T | | | | | |
| 94.   - Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 95.   - Gilead Sciences Inc. (GILD) | A | Dividend | J | T | | | | | |
| 96.   - Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 97.   - Invesco QQQ ETF (QQQ) (X) | A | Dividend | K | T | Buy | 09/06/18 | L | | |
| 98.   - IShares Core S&P 500 ETF (IVV) | C | Dividend | M | T | Buy | 04/11/18 | L | | |
| 99.   - IShares Core S&P 500 ETF (IVV) | C | Dividend | M | T | Buy (add'l) | 12/28/18 | M | | |
| 100.  - Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 101.  - Mastercard Inc CL A (MA) | A | Dividend | J | T | | | | | |
| 102.  - McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Merck & Company Inc New (MRK) | A | Dividend | J | T | | | | | |
| 104. - Metlife Inc. (MET) | A | Dividend | J | T | | | | | |
| 105. - Netflix Inc. (NFLX) | A | Dividend | J | T | | | | | |
| 106. - Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 107. - PNC Financial Servcices Group Inc. (PNC) | A | Dividend | J | T | | | | | |
| 108. - Proctor & Gamble Company (PG) | A | Dividend | J | T | | | | | |
| 109. - Sector Healthcare Select Sector SPDR ETF (XLV) | A | Dividend | K | T | | | | | |
| 110. - Sector Energy Select Sector SPDR ETF (XLE) | A | Dividend | J | T | | | | | |
| 111. - Sector Financial Select Sector SPDR ETF (XLF) | A | Dividend | J | T | | | | | |
| 112. - Sector Industrial Select Sector SPDR ETF (XLI) | A | Dividend | K | T | | | | | |
| 113. - Select Sector TR Real Estate SPDR ETF (XLRE) | A | Dividend | J | T | | | | | |
| 114. - Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 115. - Under Armour Inc CL A (UAA) | | None | J | T | | | | | |
| 116. - Under Armour Inc CL C (UA) | | None | J | T | | | | | |
| 117. - United Technologies Corp (UTX) | A | Dividend | J | T | | | | | |
| 118. - Verizon Communications Inc. (VZ) | A | Dividend | J | T | | | | | |
| 119. - Walgreens Boots Alliance Inc. (WBA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  GTW/ACW Irrev Trust FBO JTW | A | Interest | N | T | | | | | |
| 121.  GTW/ACW Irrev Trust FBO JAW | A | Interest | N | T | | | | | |
| 122.  Dow Chemical Company (DOW) | A | Dividend | K | T | | | | | |
| 123.  Fidelity Advisor Strategic Income CL I (FSTAX) | | None | K | T | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 09/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 1 - AT&T Inc. has replaced Time Warner Common Stock (TWX) and Time Inc. New (TIME) via merger lasted on last year's report at Lines 1 and 2.

Part VII Line 59 - PWRSH QQQ ETF has been renamed Invesco QQQ ETF.

Part VII Line 88 - Brighthouse Financial was inadvertently omitted from last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary Ellen C. Willams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544